IN THE MATTER OF THE ACCOUNTING OF HENRY LIVINGSTON. — Order affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* THE MUTUAL ENDOWMENT AND ACCIDENT ASSOCIATION OF BATH, N. Y., *Defendant.* — Judgment for defendant to be settled by BOCKES, J. Opinion by BOCKES, J., and by LEARNED, P. J., for dismissal.

WILLIAM D. MEAD, *Respondent, v.* PATRICK F. SHEA, *as Executor, etc., Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J. Mem. by BOARDMAN, J.

THE TOWN OF HANCOCK, *Appellant, v.* AGNES WEILER and others, *Respondents.* — Order denying application to examine Van Wagenen and Sands, and vacating order for that purpose, affirmed. Order terminating examination of defendants reversed. No costs of either appeal. Opinion by BOCKES, J., and LEARNED, P. J.; BOARDMAN, J., dissenting.

MARY M. BONNETT, *Administratrix, etc., Appellant, v.* JOHN M. COLE, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by BOCKES, J.

CHARLES B. MILLER, *Appellant, v.* SAMUEL ROOT, *Respondent.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.

ISAIAH S. MATTHEWS and others, *Respondents, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellants.* — Judgment affirmed, with costs. Opinion by BOCKES, J.; LEARNED, P. J., not acting.

MARY J. BUTLER, *Appellant, v.* ALLEN BLOOMFIELD and others, *Respondents.* — Decree reversed so far as it affects Mary J. Butler, and petition dismissed as to her, with costs below and of this court against petitioners. Opinion by LEARNED, P. J.; BOCKES, J., not acting.